■ MARCUS SUBSTRUCTURE CORP., Appellant, v. 926 PARK AVENUE CORPORATION, Respondent.— Order entered August 22, 1966, granting motion for reargument, and, upon reargument, vacating judgment entered June 24, 1966, unanimously reversed, on the law and the facts, with $30 costs and disbursements to appellant, and judgment reinstated. Judgment was entered pursuant to a stipulation settling an action. The stipulation provided for the entry of judgment if any of its terms was not complied with. Concededly, a confession of judgment by the guarantors of certain notes, one of the terms of the stipulation, was not delivered. Defendant had ample notice and opportunity to make

654

delivery and the failure must be deemed deliberate. Concur — Stevens, J. P., Steuer, Capozzoli and Rabin, JJ.